

# IN THE
# TENTH COURT OF APPEALS

### No. 10-19-00141-CV

SANDRA CORNETT,

Appellant

v.

WARD WILLIAMS/WSW ENTERPRISES,

Appellee

From the 413th District Court
Johnson County, Texas
Trial Court No. DC-C201800142

## MEMORANDUM OPINION

Appellant, Sandra Cornett, filed her pro se notice of appeal on April 17, 2019, challenging the trial court's Final Judgment in favor of appellee, Ward Williams, individually and d/b/a WSW Enterprises. The required docketing statement was not received. *See* TEX. R. APP. P. 32.1. On May 16, 2019, we sent a letter explaining that the docketing statement must be filed and warning that the Court would dismiss the appeal if a docketing statement was not filed within twenty-one days. *See id.* at R. 42.3(c).

More than twenty-one days have passed, and we have not received the docketing statement. Accordingly, we dismiss this appeal. *See id.* at R. 32.1, 42.3(c); *see also Hensley v. W.M. Specialty Mortgage, LLC*, 2005 Tex. App. LEXIS 9614, at **1-2 (Tex. App.—Waco Nov. 16, 2005, no pet.) (mem. op.) (dismissing a case for failure to file a docketing statement).

JOHN E. NEILL
Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Neill
Appeal dismissed
Opinion delivered and filed June 12, 2019
[CV06]

